**NACMIAS LAW FIRM PLLC**

940 ATLANTIC AVE. 1ST FLOOR
BROOKLYN, NY 11238
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

September 2, 2022

Hon. Katherine Polk Failla
United Stated District Judge
United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007
(212) 805-0290

Re:   *VOLMAN v. KING ME KONG LLC d/b/a HANOI HOUSE and AVENUE A SCHNEIDER PARTNERS, LLC*
      **DOCKET NO. 1:22-cv-04840-KPF**

Dear Judge Failla:

**MEMO ENDORSED**

The undersigned represents Josef Volman, the plaintiff in the above-referenced matter. I write to request an adjournment for the Initial Pretrial Conference. This is plaintiff's first request for this relief.

Defendant communicated with me *pro se* and expressed a desire to discuss settlement. The undersigned therefore respectfully requests that Your Honor allow the parties thirty (30) days in order to allow the defendant to obtain counsel and to continue settlement discussions before submitting a joint letter Proposed Civil Case Management Plan and Scheduling Order.

Thank you for your time and consideration on this matter.

Respectfully,

/s/ Andre Autz, Esq.

Andre Autz, Esq.
Nacmias Law Firm, PLLC
940 Atlantic Avenue, 1st Floor
Brooklyn, NY 11238
andreautzesq@gmail.com
917-602-6057

Application GRANTED.  The initial pretrial conference scheduled to take place on September 6, 2022, is hereby **ADJOURNED** to **November 22, 2022, at 12:00 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 8.

Dated:    September 2, 2022          SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE