UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEF VOLMAN,

                                    Plaintiff,

                    -against-

KING ME KONG LLC d/b/a HANOI HOUSE
and AVENUE A SCHNEIDER PARTNERS,
LLC,

                                    Defendants.

22-CV-04840 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Complaint was filed with the Court on June 9, 2022 and a summons was issued on

June 10, 2022, but our files reflect that the summons and Complaint were never served on

Defendants.  It is hereby:

ORDERED that Plaintiff file proof of service of the Complaint or an affidavit informing

the Court that service has been waived by **October 27, 2022**.  *See* Fed. R. Civ. P. 4(l)(1); 4(m).

At that time, the Court shall consider extending the Defendants' time to answer and referring

the parties for a settlement conference.

Dated:  October 24, 2022
        New York, New York

                                    SO ORDERED.

                                    _____
                                    JENNIFER L. ROCHON
                                    United States District Judge